FILED

JOHN E. STRINGER sbn #194556 (415)934-1827 FAX-(415)934-0899
259 OAK STREET
SAN FRANCISCO, CA 94102
Attorney for Richard Shores

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RICHARD SHORES,
Plaintiff

v.

JAMES DAVIS, CHAIRMAN, CALIFORNIA BOARD OF PAROLE HEARINGS,
Does 1 to 10,
Defendants

CASE NO. CV
MHP

BY FAX

COMPLAINT

INTRODUCTION

This is a complaint for relief and damages under 42 U.S.C. Sec.1983 and Wilkinson v. Dotson 2005 DJDAR 2669. Plaintiff Richard Shores, hereinafter referred to as Plaintiff, is an inmate at San Quentin State Prison. Plaintiff is serving a life sentence with the possibility of parole for second degree homicide. Under the current State of California parole scheme, Plaintiff is entitled to be considered for parole after his minimum eligible parole date. Plaintiff has been to the California Board of Parole Hearings, hereinafter referred to as the Board, ten times. Plaintiff now brings this complaint alleging due process and civil rights violations in the parole-suitability proceedings as applied to Plaintiff.

Law Office of John E. Stringer
259 Oak Street
San Francisco, CA 94102
(415)934-1827

JURISDICTION

This action arises under the Constitution of the United States, Fourteenth Amendment, Due Process and Equal Protection Clauses and Title 42 U.S.C. Sec. 1983 and other applicable State of California and Federal statutes, laws and regulations.

PARTIES

Plaintiff is a citizen of San Quentin California (San Quentin State Prison). Defendant California Board of Parole Hearings is the state authority responsible for conducting parole suitability hearings. James Davis is Chairman of the Board.

INTRADISTRICT ASSIGNMENT

The Northern District, San Francisco Division of the Federal Court is the proper venue for this action as all events, complaints, filings and/or omissions which gave rise to the claims alleged herein occurred in San Quentin California.

FACTUAL ALLEGATIONS

1. On 1-12-06 Plaintiff appeared before the Board for his eighth subsequent parole hearing or ninth hearing. At that hearing the Board Commissioners indicated Plaintiff was suitable for parole and continued the hearing so Plaintiff could solidify his plans for housing upon release. (Exhibit A).

2. On 7-21-06 a subsequent hearing was scheduled but postponed because the Board denied Plaintiff's right to a continuance on the above-stated issue only, but instead elected to disregard the 1-12-06 Panel and conduct a new subsequent hearing on all issues relevant to parole.

3. On 7-19-07 Plaintiff was again scheduled for a subsequent parole hearing, but

Law Office of John E. Stringer
259 Oak Street
San Francisco, CA 94102
(415)934-1827

that hearing was again postponed because the Board would not recognize the findings of the 1-12-06 Panel that found Plaintiff suitable for parole pending additional housing plans. (Exhibit B).

4. Plaintiff has suffered extreme emotional distress and physical discomfort as a result of Defendants course of conduct.

WHEREFORE, Plaintiff respectfully requests the Court to grant the following relief:

A. An order from the Court directing Defendant to schedule a new parole suitability hearing on the limited issue of housing plans and affirming the Board's 1-12-06 decision that Plaintiff is suitable for Parole.

B. General, compensatory and exemplary damages against all Defendants for the severe emotional and physical distress caused Plaintiff.

C. Such other orders and further relief, including an award of costs and attorney fees as the Court deems just and proper.

JURY DEMAND

Plaintiff requests a trial by jury.

Date: 1-24-08 Respectfully Submitted,

John E. Stringer, Attorney for Plaintiff

Law Office of John E. Stringer
259 Oak Street
San Francisco, CA 94102
(415)934-1827

**Law Office of John E. Stringer**
Office-259 Oak Street
San Francisco, CA 94102
Phone (415)934-1827
Fax (415)934-0899
Email: nolojes@aol.com

7-13-07 (sent via FAX only)

California Board of Parole Hearings
Sacramento, CA 95812

U.S. District Court
Northern District
San Francisco, CA 94102

Re: Richard Shores, C48978

NOTICE OF REPRESENTATION

I request that the Law Office of John E. Stringer represent me at my Board of parole Lifer Hearing on 7-19-07. Mr. Stringer has agreed to represent me *pro bono* in all BPH proceedings.

I am an inmate at San Quentin State Prison and do not have the necessary funds to retain an attorney. I request the Federal Court to waive all fees as to my current case and any and all subsequent filings. I further request the Law Office of John E. Stringer be appointed to represent me in all proceedings.

Date: 7-16-07

Richard E Shores

Richard Shores, C48978

**Law Office of John E. Stringer**
Office-259 Oak Street
San Francisco, CA 94102
Phone (415)934-1827
Fax (415)934-0899
Email: nolojes@aol.com

# EXHIBIT A

BOARD OF PRISON TERMS

STATE OF CALIFORNIA

# LIFE PRISONER DECISION FACE SHEET

## PERIOD OF CONFINEMENT

(RECORDS OFFICER USE ONLY)

| | YR | MO | DAY |
|---|---|---|---|
| Adjusted Period of Confinement | | | |
| Date Life Terms Begins | + | | |
| At Large Time | + | | |
| PAROLE DATE | = | | |

## MISCELLANEOUS

Hearing continued to after May 2006.

**Panel Recommendations and Requests:**

_____ Become _____ Remain Disciplinary Free.
_____ Work Towards Reducing His/Her Custody Level.
_____ Upgrade _____ Vocationally _____ Educationally.
_____ Participate In _____ Self-Help (and) _____ Therapy.
_____ Transfer To _____ Cat. X _____ Cat. T.

PENAL CODE SECTION 3042 NOTICES ☒ SENT (Date) 09-19-05

COMMITMENT OFFENSE

| 187 | MURDER 2ND |
|---|---|
| (Code Section) | (Title) |
| CC - 26176 | 1 |
| (Case Number) | (Count Number) |

| Date Received by CDC | Date Life Term Begins | Controlling MEPD |
|---|---|---|
| 06-21-82 | | 06-13-90 |

Type of Hearing

☐ INITIAL ☒ SUBSEQUENT (Hearing No.) 8

If Subsequent Hearing, Date of Last Hearing: 09-20-04

Department Representative

Counsel for Prisoner: JOHNSTRINGER

Address

District Attorney Representative: Jack Waddell

County: CONTRA COSTA

## PAROLE HEARING CALENDAR

*This form and the panel's statement at the conclusion of the hearing constitute a proposed decision and order of the Board of Prison Terms. The decision becomes effective when issued following the decision review process.*

By:

| | | |
|---|---|---|
| Presiding (Name) [signature] | Date | 1/12/06 |
| Concurring (Name) [signature] | Date | |
| ~~Concurring (Name)~~ | Date | |

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| ***SHORES, RICHARD*** | C-48978 | SAN QUENTIN | SUB 8 | 01-13-06 |

BPT 1001 (Rev. 1/91)

STATE OF CALIFORNIA
PAROLE HEARINGS DIVISION
**CONTINUATION SHEET**
CDC 1763 (10/92) – TEMP (Ref. BPT 1082)

DEPARTMENT OF CORRECTIONS

CONTINUATION FOR:

CDC FORM NO.:

The panel met and considered all materials presented testimony and believe Mr. Shores is suitable for parole. However, the panel believes that his housing plans must be solidify before reaching a comfort zone. Therefore the hearing was continued to allow Mr Shores the opportunity to strengthen his housing plans in the next few months.

[signature] 1-12-06

[signature] 1-12-06

| CDC NUMBER | NAME | FACILITY/REGION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| ~~B-29505~~ | ~~OLIVER, LUKE~~ | SAN QUENTIN | SUB ~~13~~ 8 | 1-~~10~~ 12-06 |

[illegible]-48978 Shores, Richard

PAGE 1 OF 1

PERMANENT ADDENDA

BOARD OF PRISON TERMS — STATE OF CALIFORNIA

# LIFE PRISONER PAROLE CONSIDERATION WORKSHEET

☐ INITIAL HEARING ☒ SUBSEQUENT HEARING

| PRISONER'S NAME | CDC NUMBER: |
|---|---|
| SHORES, RICHARD JR. | C-48978 |
| DATE OF HEARING: 01-13-06 (12 handwritten) | LOCATION: SAN QUENTIN STATE PRISON |

## LEGAL STATUS

| DATE RECEIVED | DATE LIFE TERM STARTS | COUNTY |
|---|---|---|
| 06-21-82 | | CONTRA COSTA |

| OFFENSE | CASE NUMBER |
|---|---|
| MURDER 2ND | CC - 26176 |

| COUNT NUMBER (S) | PENAL CODE SECTION (S) VIOLATED |
|---|---|
| 1 | 187 / 12022.5 |

| TERMS | MEPD |
|---|---|
| 15 TO LIFE | 06-13-90 |

## OTHER COMMITMENT OFFENSES OR STAYED COUNTS

| STAYED | OFFENSE | CODE SECTION | COUNTY | CASE NUMBER | COUNT NUMBER |
|---|---|---|---|---|---|
| ☒ | USE OF FIREARM | 12022.5 | CONTRA COSTA | CC-26176 | 1 |
| ☐ | | | | | |
| ☐ | | | | | |
| ☐ | | | | | |

## PRESENT AT HEARING

| PANEL MEMBER | PANEL MEMBER | PANEL MEMBER |
|---|---|---|
| T. St. Julien | A. Armenta | |

OTHERS PRESENT

☒ PRISONER (IF ABSENT, WHY?) ______

☒ ATTORNEY JOHN STRINGER

☒ DEPUTY D. A. Jack Waddell COUNTY OF CONTRA COSTA

☐ OTHERS ______

## STATEMENT OF FACTS

☐ THE HEARING PANEL INCORPORATES BY REFERENCE FROM THE DECISION OF THE HEARING HELD

ON ______, PAGES ______ THROUGH ______

☒ THE STATEMENT OF FACT IS

☒ QUOTED FROM THE BOARD REPORT, DATED Oct 2005, PAGE(S) 1

☐ QUOTED FROM THE PROBATION OFFICER'S REPORT, PAGE (S) ______

☐ QUOTED FROM THE COURT OPINION, PAGE (S) ______

BPT 1000 (Rev. 8/90) Hearing Continued

**Law Office of John E. Stringer**
Office-259 Oak Street
San Francisco, CA 94102
Phone (415)934-1827
Fax (415)934-0899
Email: nolojes@aol.com

# EXHIBIT B

SUBSEQUENT PAROLE CONSIDERATION HEARING

STATE OF CALIFORNIA

BOARD OF PAROLE HEARINGS

| In the matter of the Life Term Parole Consideration Hearing of: | CDC Number: C-48978 |
|---|---|
| RICHARD SHORES | **RECORDS COPY** |

SAN QUENTIN STATE PRISON

MARIN COUNTY, CALIFORNIA

July 19, 2007

11:15 A.M.

PANEL PRESENT:

JANICE ENG, Presiding Commissioner
CHUCK WOLK, Deputy Commissioner

OTHERS PRESENT:

RICHARD SHORES, Inmate
[redacted]
DEREK BUTTS, Deputy District Attorney

CORRECTIONS TO THE DECISION HAVE BEEN MADE

________ No  See Review of Hearing
________ Yes  Transcript Memorandum

Kelly Deslauriers, WPU Inc

# I N D E X


| | Page |
|---|---|
| Proceedings | 3 |
| Adjournment | 8 |
| Transcript Certification | 9 |

P R O C E E D I N G S

**DEPUTY COMMISSIONER WOLK:** We're on record.

**PRESIDING COMMISSIONER ENG:** Okay. All right. This was supposed to be a subsequent parole consideration hearing for Richard Shores, CDC number C-48978. Today's date is July 19th, 2007, and the time is 11:15. We are on the record so for the purpose of voice identification each of us will be required to state our first and last name, spelling out our last name. So, sir, when it comes to your turn, after you spell your last name, please provide us with your CDC number. Okay? So, I'll begin and we'll move around the room to my left. My name is Janice Eng, E-N-G, Commissioner.

**DEPUTY COMMISSIONER WOLK:** Chuck Wolk, W-O-L-K, Deputy Commissioner.

**DEPUTY DISTRICT ATTORNEY BUTTS:** Derek Butts, B-U-T-T-S, Contra Costa County, Deputy District Attorney.

**ATTORNEY STRINGER:** John Stringer, S-T-R-I-N-G-E-R, Attorney for Mr. Shores.

**INMATE SHORES:** Richard Shores, R-I-C-H-A-R-D S-H-O-R-E-S, C-48978.

**PRESIDING COMMISSIONER ENG:** Okay, thank you sir. And, for the record, we have two correctional officers present for security reasons and they will not be participating in this abbreviated version of the

hearing. Before we go any further, I'm going to ask Mr. Stringer, are there any ADA issues that we should be discussing regarding your client?

**ATTORNEY STRINGER:** No, Commissioner, they're well-articulated in the file. Mr. Shores does have some problems that require, I believe, blood pressure medication. He does walk with a cane but he is certainly able to meaningfully participate in this hearing.

**PRESIDING COMMISSIONER ENG:** Okay. Are you in agreement with that, sir? Because I did note that you do have a cane. Did you have any problems getting to the hearing today?

**INMATE SHORES:** No I didn't.

**PRESIDING COMMISSIONER ENG:** Okay. Well, if you have any discomfort, let us know but this should be very, very quick. Counsel, it is my understanding that your client, Mr. Shores, wishes to postpone the hearing that has been scheduled today. Is that correct?

**ATTORNEY STRINGER:** It is.

**PRESIDING COMMISSIONER ENG:** Okay. And, Mr. Shores, is that what you wish to do today?

**INMATE SHORES:** Yes, I do.

**PRESIDING COMMISSIONER ENG:** I have to go through some standard questions with you. Do you understand

that you have a right to a hearing?

**INMATE SHORES:** Yes, I do.

**PRESIDING COMMISSIONER ENG:** And do you understand that by postponing today, you're giving up that right?

**INMATE SHORES:** Yes.

**PRESIDING COMMISSIONER ENG:** Okay. And has anyone threatened you or threatened anyone close to you in order to get you to postpone?

**INMATE SHORES:** No.

**PRESIDING COMMISSIONER ENG:** Okay. Has anyone made any promises or representations, offered a reward, or any other advantage of any kind for you or anyone else in return for the postponement?

**INMATE SHORES:** No.

**PRESIDING COMMISSIONER ENG:** That's a very long statement in a question. Okay. So, are you postponing freely and voluntarily?

**INMATE SHORES:** Yes I am.

**PRESIDING COMMISSIONER ENG:** Okay. So, could you just in your own words very briefly state your reason for requesting this postponement to the panel?

**INMATE SHORES:** Well, my reasons are that I have… I don't want to participate in the hearing today because my prior hearing that I had, they found me suitable, I'm trying to take care of it in the courts. Instead of

coming in here and taking you all through a bunch of changes with it, I'd rather just let it set where it's at right now and just go into court with it, those are my reasons.

**PRESIDING COMMISSIONER ENG:** Okay. Well, we did have a discussion prior to you coming in about what the situation was and we do understand because when I took a look at your packet it did show that you had been postponed a couple of times prior to today and I know for sure the last time you were postponed was because of the same, the pending litigation. So, apparently that has not resolved itself yet.

**INMATE SHORES:** No, it hasn't.

**PRESIDING COMMISSIONER ENG:** Okay. We also, in our discussions, found out that Mr. Stringer was not notified and did not receive a Board packet and there was confusion about the state-appointed attorney, etc. So, I think we clarified that in the record now. So, based on all that, before I rule on this, I am going to ask if we do have present with us a representative from the District Attorney's Office of Contra Costa County, Mr. Butts, and if he wishes to make any comments? Oh, I forgot to do that. Before we do that, I totally forgot, we have… I thought we did. Okay. All right. I forgot to state that we are on the record and, as a result,

each of us will be required to state our first and last names, spelling out our last name. I thought you did that.

**DEPUTY COMMISSIONER WOLK:** Oh, I'm sorry. My error.

**PRESIDING COMMISSIONER ENG:** I did identify myself, didn't I, sir?

**DEPUTY COMMISSIONER WOLK:** I remember, he spelled his first name, too. Richard.

**PRESIDING COMMISSIONER ENG:** Yeah.

**DEPUTY COMMISSIONER WOLK:** I'm sorry.

**PRESIDING COMMISSIONER ENG:** I think it's the heat in this room. Okay. So, does Mr. Butts have any comments that he would like to make at this point?

**DEPUTY DISTRICT ATTORNEY BUTTS:** I do not.

**PRESIDING COMMISSIONER ENG:** Okay, thank you. So, the hearing panel does grant the inmate's request to postpone this hearing for the following reasons. Again, he does have pending litigation. This is a viable reason to request a postponement, and he does need the time to have that come to a conclusion along with the fact that his attorney was not notified and couldn't have been prepared anyway. So, sir, we did have a discussion about this because we really had to put on sort of when you should be rescheduled. So, based on

your attorney, we did state that, and I put on this, no later than August 1, 2008, to give you ample time to get this case settled, or when the court case is settled and I stated, per Mr. Stringer. Okay? So, let's hope that this can come to a conclusion no later than next year at this time and then you will at least know where you're going one way or the other. Okay? So, we wish you luck, sir, okay? And, that concludes this hearing. The time is 11:20.

**ATTORNEY STRINGER:** Thank you.

**INMATE SHORES:** Thank you.

(thereupon, the recording was stopped)

--o0o--

**CERTIFICATE AND**

**DECLARATION OF TRANSCRIBER**

I, Kelly Deslauriers, as the Official Transcriber, hereby certify that the attached proceedings:

In the matter of the Life Term Parole Consideration Hearing of: ) ) ) ) RICHARD SHORES ) ) CDC Number: C-48978

SAN QUENTIN STATE PRISON

MARIN COUNTY, CALIFORNIA

July 19, 2007

11:15 A.M.

Were held as herein appears. Further, this transcript is a true, complete, and accurate record, to the best of my ability, of the recorded material provided for transcription.

Kelly R. Deslauriers

KELLY DESLAURIERS
August 3, 2007
WPU Inc