UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD SHORES,

        Plaintiff,

  v.

JAMES DAVIS, Chairman, California Board of Parole Hearings,

        Defendant.

No. C 08-00541 MHP

**ORDER**

On January 24, 2008 plaintiff Richard Shores filed suit against the California Board of Parole Hearings ("BPH"). Plaintiff seeks this court's assistance in directing the BPH to conduct a parole suitability hearing on the limited issue of his housing plans and affirming the BPH's January 12, 2006 decision that plaintiff is suitable for parole.

In order the proceed upon this case, the court orders plaintiff to submit the following information: 1) details regarding plaintiff's housing plans at the level of specificity required by the BPH, including where plaintiff will live and how he intends to pay for the same; and 2) details of events that transpired at the January 12, 2006 parole hearing as well as all subsequent parole hearings, including determinations and decisions made.

IT IS SO ORDERED.

Dated: 3/4/2008

                                          MARILYN HALL PATEL
                                          United States District Court Judge
                                          Northern District of California