UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD SHORES,

    Plaintiff,

v.

JAMES DAVIS, Chairman, California Board of Parole Hearings,

    Defendant.

No. C 08-00541 MHP

**MEMORANDUM & ORDER**

Re: Dismissal for Lack of Prosecution

    On January 24, 2008, plaintiff Richard Shores filed this action against the California Board of Parole Hearings alleging due process and civil rights violations in parole-suitability proceedings as applied to plaintiff. On March 5, 2008, this court ordered plaintiff to submit the following information: 1) details regarding plaintiff's housing plans at the level of specificity required by the BPH, including where plaintiff will live and how he intends to pay for the same; and 2) details of events that transpired at the January 12, 2006 parole hearing as well as all subsequent parole hearings, including determinations and decisions made. Plaintiff has taken no action in response to this order. Having considered plaintiff's failure to comply with the court's order, the court now enters this memorandum and order dismissing this action pursuant to Federal Rule of Civil Procedure 41(b), which allows for the dismissal of an action for failure of a plaintiff to prosecute or to comply with a court order. Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

Dated: May 9, 2011

MARILYN HALL PATEL
United States District Court Judge
Northern District of California